No. 75–5355. RUSSELL v. CITY OF PIERRE. Appeal from Sup. Ct. S. D. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–396. BONK v. UNITED STATES. Application for stay of order of the United States Court of Appeals for the Seventh Circuit entered on October 29, 1975, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–403. LEROY ET AL. v. CITY OF HOUSTON ET AL. D. C. S. D. Tex. Application for injunction, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 68, Orig. PENNSYLVANIA v. NEW JERSEY. Motion for leave to file bill of complaint set for oral argument.